Charles Frank SHOLE, Appellant,

v.

Alfred J. O'FERRALL, Assistant Attorney General; Francis B. Burch, Attorney General, J. Harold Grady, Judge, Howard L. Aaron, Judge, Appellees.

No. 14346.

United States Court of Appeals, Fourth Circuit.

April 30, 1970.

Charles Frank Shole, pro se.

Francis B. Burch, Atty. Gen. of Maryland, and William J. Rubin, Sp. Asst. Atty. Gen. of Maryland, on the brief, for appellees.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and BUTZNER, Circuit Judges.

PER CURIAM:

Upon consideration of the appellees' motion for summary affirmance and a review of the record and briefs, we find oral argument unnecessary and summarily affirm the order of the district court dismissing the action.

Affirmed.

PFC David Phillip QUAGLIA, Appellant,

v.

Colonel Charles S. BOSWELL, Appellee.

No. 13902.

United States Court of Appeals, Fourth Circuit.

Argued April 7, 1970.

Decided April 9, 1970.

Harold Buchman, Baltimore, Md., for appellant.

Clarence E. Goetz, Asst. U. S. Atty. (Stephen H. Sachs, U. S. Atty., on the brief), for appellee.

Before HAYNSWORTH, Chief Judge, and SOBELOFF and WINTER, Circuit Judges.

PER CURIAM:

For the reasons stated by the District Judge, denial of a writ of habeas corpus to discharge the petitioner from further noncombatant service in the Army is affirmed.

Affirmed.